# ALABAMA COURT OF CRIMINAL APPEALS



August 9, 2024

**CR-2022-0919**

Cody Lee Zink v. State of Alabama (Appeal from Morgan Circuit Court: CC-19-78)

## <u>NOTICE</u>

You are hereby notified that on August 9, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk